1  **JELLISON LAW OFFICES, PLLC**
   36889 North Tom Darlington Drive
2  Suite B7, Box 2800, #304
   Carefree, AZ 85377
3  Telephone: (480) 659-4244
   E-mail: jim@jellisonlaw.com
4  JAMES M. JELLISON, ESQ. #012763
   Attorney for Defendants Kent Volkmer, Kate Milewski, Stefanie Jones-Campbell, Gail
5  Metheny, Brian Jones, Kevin Cavanaugh, Mike Goodman, Stephen Miller, Jeffrey McClure,
   Jeff Serdy, Mark Lamb, Chris Keller, and Paula Cook

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Wesley Shane Boles, | Case No.: |
|---|---|
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION FROM STATE COURT** |
| vs. | |
| Jesse Navarro, Kent Volkmer, Travis Jenson, Jeff Parr, Craig Cameron, Paula Cook, Stephanie Jones-Campbell, Brian Jones, Gail Metheny, Amanda Stanford, Chad Roche, Mark Lamb, Paul Babeu, Chris Keller, Kevin Cavanaugh, Mike Goodman, Stephen Miller, Jeffery McClure, Jeff Serdy, Kate Milewski, | |
| Defendants. | |

To the Clerk of the above entitled Court:

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§1331, 1343, 1441 and 1446 and U.S. District Court Local Rule 3.6, the Defendants Kent Volkmer, Kate Milewski, Stefanie Jones-Campbell, Gail Metheny, Brian Jones, Kevin Cavanaugh, Mike Goodman, Stephen Miller, Jeffrey McClure, Jeff Serdy, Amanda Stanford, Mark Lamb, Chad Roche, Chris Keller, and Paula Cook[1] (cumulatively "Defendants") hereby notice the removal of the above-captioned case from the

---

[1] Upon information and belief, Defendants Travis Jenson, Craig Cameron, Paul Babeu, and Jeff Parr are the only named Defendants who have not been served with the Complaint. Defendants Roche and Stanford are represented by the Attorney Generals Office and do not object to this removal.

1

Arizona Superior Court, County of Pinal, to this Court and in support thereof respectfully show:

Defendants Volkmer, Milewski, Jones-Campbell, Metheny, Jones, Lamb, and Keller received the Complaint in the state court action on or about April 9, 2021; Defendants Cavanaugh, Goodman, Miller, McClure and Serdy received the Complaint on or about April 12, 2021; and Defendant Cook received the Complaint on or about April 24, 2021. A copy of the State Court Record is attached hereto as Exhibit "A" and incorporated herein by reference.

1. This Notice of Removal is being filed within thirty days after receipt of the Complaint, which states federal claims in the underlying state court action and is timely filed under 28 U.S.C. §1446(b).

2. The time for Defendants to answer or move with respect to the Complaint has not expired; these Defendants have not answered or otherwise responded to the Complaint.

3. Upon information and belief, Plaintiff is a resident of the State of Washington.

4. A copy of this Notice has been filed with the Clerk of the Superior Court in and for Pinal County.

5. This is a civil action in which Plaintiff alleges constitutional causes of action pursuant to 42 U.S.C. §1983, the Second, Fourth, Fifth, Sixth and Eighth Amendments as well as alleged, pendent state law causes of action.

WHEREFORE, Defendants request the above-entitled action now pending in the Superior Court of the State of Arizona, in and for the County of Pinal, be removed to this Court and that all further proceedings in this action be conducted in this Court as provided by law, and as a Phoenix Precinct matter pursuant to LRCiv. 77.1.

. . .

. . .

DATED this 4th day of May, 2021.

JELLISON LAW OFFICES, PLLC

By: /s/ James M. Jellison
James M. Jellison
*Attorneys for Defendants Kent Volkmer, Kate Milewski, Stefanie Jones-Campbell, Gail Metheny, Brian Jones, Kevin Cavanaugh, Mike Goodman, Stephen Miller, Jeffrey McClure, Jeff Serdy, Mark Lamb, Chris Keller, and Paula Cook*

## CERTIFICATE OF MAILING

I hereby certify that on May 4, 2021, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and to the following non-registrant through service by first class:

Wesley Shane Boles
352 Larson Road
Silver Creek, Washington 98585

Jennifer J. Sanders
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004


s/Judy Wilkening